[No. 27529-9-III.  Division Three.  June 15, 2010.]

YAKIMA COUNTY, *Appellant*, v. MAXINE AGNES SCHREINER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-2-04282-3, Blaine G. Gibson, J., entered September 11, 2008. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28072-1-III.  Division Three.  June 15, 2010.]

YAKIMA COUNTY, *Respondent*, v. MAXINE AGNES SCHREINER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-2-04282-3, Ruth E. Reukauf, J., entered April 16, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28508-1-III.  Division Three.  June 15, 2010.]

RAYMOND E. COLBERT ET AL., *Respondents*, v. U.S. BANK OF WASHINGTON, NA, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 08-2-00122-1, Jack Burchard, J., entered September 4, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 38589-9-II.  Division Two.  June 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MICHAEL AMARO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00289-6, Robert A. Lewis, J., entered November 12, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Van Deren, JJ.